# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

**UNDER SEAL**

v.

GARY ROBERT DRAKE,

Criminal No. 20-cr-49 NEB/KMM

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee: GARY ROBERT DRAKE
Detained at (custodian): MOOSE LAKE CORRECTIONAL FACILITY

The government is requesting the **investigating agency** to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Indictment
                   Charging Detainee With: Access with Intent To View Child Pornography, Access with Intent To View Child Pornography, Possession of Child Pornography
  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
  or   b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on March 6, 2020 at 2:00 p.m. in the Duty Courtroom, St. Paul Federal Courthouse.

Dated: March 2, 2020

                                             JULIE E. ALLYN, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

3/2/2020
Date

                                       UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/ |
| Facility Address: | 1000 Lake Shore Drive | Race: | |
| | Moose Lake, MN 55767 | FBI #: | |
| Facility Phone: | 218-485-5000 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____       (Signature)

SCANNED
MAR 0 2 2020
U.S. DISTRICT COURT ST. PAUL

CC: KSWFD 3/2/2020