UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. File No. 20-49 (NEB/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR DETENTION** |
| v. ) | |
| ) | |
| GARY ROBERT DRAKE, ) | |
| ) | |
| Defendant. ) | |

This matter was before the Court on March 6, 2020, for an initial appearance. The defendant was present and was represented at the hearing by Assistant Federal Defender Lisa Lopez. The government was represented by Assistant United States Attorney Robert Lewis.

The government moved for detention. The defendant, having been fully advised of his rights, knowingly and voluntarily waived his right to a detention hearing but reserved his right to move the Court to reopen the issue of detention at a later time.

Based upon the foregoing and all the files and proceedings herein, the Court finds that there is no condition or combination of conditions that will ensure the defendant's presence at future proceedings and the safety of the community. Accordingly, it is hereby ordered that –

1. The motion of the United States for detention pending trial is granted;

2. The defendant is committed to the custody of the United States Marshal for confinement in a correctional facility suitable for persons awaiting trial;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer;

4. Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding; and

5. The defendant has not waived his right to move the Court to reopen the issue of detention.

Dated:  March 9, 2020

*s/Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge