IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:           20-cr-49 NEB/KMM |
| | ) | Date:                 December 22, 2020 |
| Gary Robert Drake, | ) | Court Reporter:   Carla Bebault |
| Defendant, | ) | Video Conference |
| | ) | Time Commenced:   2:11 p.m. |
| | | Time Concluded:     2:42 p.m. |
| | | Time in Court:         31 minutes |

X **RECONSIDERATION OF DETENTION HRG**

APPEARANCES:

  Plaintiff: Lindsey Middlecamp, Assistant U.S. Attorney
  Defendant:  Andrew Garvis,
         X CJA

On   X Indictment

X Defendant's Motion for Reconsideration Regarding Detention is denied for the reasons stated on the record.
            Defendant to remain in custody.

Additional Information:

Defendant arraigned, see arraignment minutes. Pretrial Scheduling Order previously issued.
X Defendant consents to this hearing via video conference.

                                                                                           s/SAE
                                                                    Signature of Criminal Duty Clerk